**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-19246-RAM**

☐ Second Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Luz Aldana                                      CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-7267                     Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __40__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __127.11__ for months __1__ to __12__ ;

    B.    $ __147.03__ for months __13__ to __40__ ; in order to pay the following creditors:

Administrative:    Attorney's Fee   $ 3,650.00 + $700.00 (Motion to Value)+525.00 (Motion to Modify) = $4,875.00
                      TOTAL PAID    $1,500.00
                      Balance Due    $ 3,375.00   payable $ 109.96 month (Months __1__ to 12 );
                                                        payable $ 114.18 month (Months __13__ to 30 );

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a_____    Arrearage on Petition Date $ _____
Address _____    Arrears Payment   $_____/month (Months____ to ___)
                                         Arrears Payment   $_____/month (Months____ to ___)
                                         Regular Payment   $_____/month (Months____ to ___)

2. _____    Arrears Payment   $_____
_____    Arrears Payment   $_____/month (Months____ to ___)
_____    Regular Payment   $_____/month (Months____ to ___)
                                         Arrears Payment   $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Citi Mortgage<br>Loan No. xxxx7543<br>Prop Add: 1870 NE 158th St<br>Miami, FL 33162 | $85,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 491.97
                                      Payable $ 10.21 /month (Months __1__ to __12__ )

Unsecured Creditors: Pay $ 18.15 month (Months __13__ to __30__ ); Pay $ 132.33 month (Months __31__ to __40__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Bank of America (Loan No. xxx3179) and Southeast Toyota Finance (Loan No. xxxx7837) directly outside the plan. The Internal Revenue Service will not be provided future payments after month 12 (April, 2013) because the filed an amended proof of claim on March 12, 2013 (claim number 3-4) reflecting a claim of $0.00.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 5/3/13